UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Eastern District of Michigan |
| Plaintiff, | Case No. 4:08-MJ-30413 |
| vs. | Western District of Michgian |
| | Case No. 1:07-CR-0160 |
| LARRY ARDEL UMPHRYES, | Michael Hluchaniuk |
| | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The defendant appeared before the Court on September 18, 2008, based upon a petition for removal of defendant to another district, pursuant to Rule 5, Fed.R.Cr.P. In the petition, the government states that defendant was arrested in this district on September 17, 2008, based upon an Indictment from the Western District of Michigan for being a felon in possession of a firearm. Bond had been set in the Western District and defendant pleaded guilty to the charge in the indictment in September of 2007. When defendant failed to appear for sentencing in January of 2008 a warrant was issued for defendant's arrest.

At the time of the initial appearance hearing following his arrest in this district, the defendant waived his right to an identity hearing, and the Court

proceeded with the issue of bond in this matter. Based upon the information presented at the hearing, it appears that the defendant violated the terms of his bond that had been set in the Western District by committing an offense while he was awaiting sentencing and under the supervision of the Pretrial Services Agency in Western District of Michigan. It further appears that the defendant failed to report his subsequent arrest and incarceration by state authorities to the Pretrial Services Agency in that district. It also appears that he failed to appear for sentencing as required.

Accordingly, the defendant shall be detained without bond pending his appearance before the district court judge in the United States District Court, Western District of Michigan.

SO ORDERED.

Date: September 19, 2008

s/ Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on <u>September 19, 2008</u>, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:<u> Nancy A. Abraham, AUSA</u>, and I hereby certify that I have either hand delivered or mailed the paper to the following non-ECF participants:<u> David I. Medgell, 727 S. Grand Traverse, Flint, MI 48502, Federal Defender Office 653 S. Saginaw St., Ste. 105, Flint, MI 48502, United States Marshal, 600 Church St., Flint, MI 48502, Pretrial Services Officer, 600 Church St., Flint, MI 48502</u>

                                                                                 s/ James P. Peltier
                                                                                  James P. Peltier
                                                                                  Courtroom Deputy Clerk
                                                                                  810-341-7850
                                                                                  pete_peltier@mied.uscourts.gov